UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL BENAVIDES,<br><br>　　　　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No. 2:23-cv-00576-ART-VCF<br><br>**Order Granting Extension of Time to File Amended Petition to December 19, 2023**<br><br>(ECF No. 10) |

　　　　Cristobal Benavides requests an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 10.) Good cause appearing,

　　　　It is ordered that Petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 10) is **GRANTED** *nunc pro tunc*. The deadline to file an amended petition is extended to December 19, 2023.

DATED THIS 4th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE