UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CRISTOBAL BENAVIDES, | Case No. 2:23-cv-00576-ART-VCF |
|---|---|
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION (ECF No. 12) TO MARCH 18, 2024 |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Cristobal Benavides requests an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 12). His counsel, the Federal Public Defender, explains that he is partially deaf, and she is working on getting hearing aids for him to facilitate communication. Good cause appearing,

It is ordered that Petitioner's motion for extension of time to file an amended petition **(ECF No. 19) is GRANTED** *nunc pro tunc.* **The deadline to file an amended petition is extended to March 18, 2024**.

Dated this 2nd day of January 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1