UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL BENAVIDES,<br><br>                    Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>                    Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>**Order Granting Extension of Time to File Amended Petition to June 17, 2024**<br><br>(ECF No. 16) |

The Federal Public Defender, counsel for Petitioner Cristobal Benavides, seeks an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition, in part due to counsel's upcoming medical leave. (ECF No. 16.) Good cause appearing,

It is ordered that Petitioner's third motion for extension of time to file an amended petition **(ECF No. 16) is GRANTED** *nunc pro tunc*. **The deadline to file an amended petition is extended to June 17, 2024**.

DATED THIS 29th day of March 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1