UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL BENAVIDES,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>**Order Granting Extension of Time to File Amended Petition to August 16, 2024**<br><br>(ECF No. 18) |

　　　The Federal Public Defender, counsel for Petitioner Cristobal Benavides, seeks an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 18.) Good cause appearing,

　　　It is ordered that Petitioner's fourth unopposed motion for extension of time to file an amended petition **(ECF No. 18) is GRANTED** *nunc pro tunc.* **The deadline to file an amended petition is extended to August 16, 2024**.

　　　DATED THIS 18th day of June 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1