UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristobal Benavides,<br><br>                           Petitioner,<br>    v.<br><br>Brian Williams, et al.,<br><br>                           Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>**Order Granting Extension of Time to File Amended Petition to September 30, 2024**<br><br>(ECF No. 20) |

      The Federal Public Defender, counsel for Petitioner Cristobal Benavides, seeks an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 20.) Good cause appearing,

      It is ordered that Petitioner's fifth motion for extension of time to file an amended petition **(ECF No. 20) is GRANTED** *nunc pro tunc*. **The deadline to file an amended petition is extended to September 30, 2024**.

      DATED THIS 28th day of August 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1