UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristobal Benavides,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>Brian Williams, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>Order Granting Extension of Time to File Amended Petition to November 6, 2024<br><br>(ECF No. 22) |

The Federal Public Defender, counsel for Petitioner Cristobal Benavides, seeks an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 22.) Good cause appearing,

It is ordered that Petitioner's motion for extension of time to file an amended petition **(ECF No. 22) is GRANTED** *nunc pro tunc*. **The deadline to file an amended petition is extended to November 6, 2024**.

DATED THIS 15th day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE