UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristobal Benavides,<br><br>                        Petitioner,<br>v.<br><br>Brian Williams, et al.,<br><br>                       Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>Order Granting Extension of Time to File Response to Petition<br><br>(ECF No. 27) |

      Respondents ask the Court for an extension of time to file a response to Cristobal Benavides' amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 27.) Good cause appearing,

      It is ordered that Respondents' motion for extension of time to file a response to the amended petition **(ECF No. 27) is GRANTED** *nunc pro tunc.*

Dated this 4th day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1