UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristobal Benavides,<br><br>    Petitioner,<br>v.<br><br>Brian Williams, et al.,<br><br>    Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>Order Granting Extension of Time to File Opposition to Motion to Dismiss to July 15, 2025<br><br>(ECF No. 34) |

Petitioner Cristobal Benavides asks the Court for an extension of time to file an opposition to Respondents' motion to dismiss his amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 34.) Good cause appearing,

It is ordered that Petitioner's motion for extension of time to file a response to the motion to dismiss **(ECF No. 34) is GRANTED** *nunc pro tunc.* **The deadline is extended to July 15, 2025.**

Dated this 29th day of May 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1