UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristobal Benavides,<br><br>　　　　　　　　　Petitioner,<br>v.<br>Brian Williams, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>Order Granting Extension of Time to File Opposition to Motion to Dismiss to September 15, 2025<br><br>(ECF No. 36) |

　　　Petitioner Cristobal Benavides asks the Court for an extension of time to file an opposition to Respondents' motion to dismiss his amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 36.) Good cause appearing,

　　　It is ordered that Petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 36) is GRANTED** *nunc pro tunc.* **The deadline is extended to September 15, 2025.**

Dated this 16th day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1