UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristobal Benavides,<br><br>                    Petitioner,<br>v.<br>Brian Williams, et al.,<br><br>                    Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>Order Granting Extension of Time to File Opposition to Motion to Dismiss to October 30, 2025<br><br>(ECF No. 38) |

Petitioner Cristobal Benavides asks the Court for an extension of time to file an opposition to Respondents' motion to dismiss his amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 38.) Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 38) is GRANTED** *nunc pro tunc*. **The deadline is extended to October 30, 2025.** Absent extraordinary circumstances, the Court is unlikely to grant any further extension.

Dated this 17th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1