UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL BENAVIDES,<br><br>                        Petitioner,<br>   v.<br>W.A. GITTERE, et al.,<br><br>                       Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>ORDER GRANTING MOTION TO SEAL AND MOTION FOR EXTENSION<br><br>(ECF Nos. 41, 44) |

      Before this Court is Petitioner Cristobal Benavides's motion to file his Nevada Department of Corrections Medical File under seal. (ECF No. 41.) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny, the Court finds that a compelling need to protect Benavides's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

      Before this Court is also Respondents' unopposed motion for a 46-day extension of time to file their reply to Benavides's opposition to their motion to dismiss. (ECF No. 44.) This is Respondents' first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

      It is therefore ordered that the motion to file exhibit under seal (ECF No. 41) is granted. Exhibit 2 (ECF No. 42-1) is considered properly filed under seal.

      It is further ordered that the motion for extension (ECF No. 44) is granted. Respondents have up to and including December 22, 2025, to file their reply.

      DATED THIS 7th day of November 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1