UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL BENAVIDES,<br><br>                    Petitioner,<br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>                    Respondents. | Case No. 2:23-cv-00576-ART-MDC<br><br>EXTENSION ORDER |

Before this Court is Respondents' unopposed motion for a 30-day extension of time to file their reply to their motion to dismiss. (ECF No. 46.) This is Respondents' second request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 46) is granted. Respondents have up to and including January 21, 2026, to file their reply.

DATED THIS 29th day of December 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1