UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CRISTOBAL BENAVIDES,                             Case No. 2:23-cv-00576-ART-MDC

                                 Petitioner,     EXTENSION ORDER

          v.

BRIAN WILLIAMS, et al.,

                                 Respondents.

Before this Court is Respondents' unopposed motion for a 21-day extension of time to file their reply to their motion to dismiss. (ECF No. 48.) This is Respondents' third request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 48) is granted. Respondents have up to and including February 11, 2026, to file their reply.

DATED THIS 29th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1